**STATE v. SEAM**

[369 N.C. 418 (2016)]

STATE OF NORTH CAROLINA
v.
SETHY TONY SEAM

No. 82A14

Filed 21 December 2016

On writ of certiorari to review an order on a motion for appropriate relief entered on 8 August 2013 by Judge Theodore S. Royster, Jr. in Superior Court, Davidson County. On 4 September 2013, the Court of Appeals allowed the State's petition for writ of certiorari to review the order pursuant to N.C.G.S. § 7A-32(c). On 11 March 2014, the Supreme Court on its own initiative certified the case for review prior to determination in the Court of Appeals. Following oral argument on 6 May 2014, the Court on 28 January 2016 ordered supplemental briefing. Heard in the Supreme Court on 12 October 2016.

*Roy Cooper, Attorney General, by Robert C. Montgomery, Senior Deputy Attorney General, for the State-appellant.*

*Glenn Gerding, Appellate Defender, by Barbara S. Blackman and Kathryn L. VandenBerg, Assistant Appellate Defenders, for defendant-appellee.*

PER CURIAM.

For the reasons stated in *State v. Young*, ___ N.C. ___, ___ S.E.2d ___ (Dec. 21, 2016) (No. 80A14), the trial court's order is affirmed, and this case is remanded for resentencing.

AFFIRMED; REMANDED FOR RESENTENCING.

Justice ERVIN did not participate in the consideration or decision of this case.